# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DIEGO MIRANDA MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL CORRECTIONAL INSTITUTION #2,<br><br>　　　　Respondent. | Case No. 2:19-cv-07742-JFW-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice to filing a civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

DATED: November 4, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE